No. 4,152.—CIPRIANO GARRIGA, RESPONDENT, *v.* CHICAGO, MILWAUKEE' & ST. P. RY. CO., APPELLANT.

*Appeal from District Court, Missoula County; Theo. Lentz, Judge.*

Decided January 20, 1919.

PER CURIAM.—The above-entitled cause having been compromised and settled, the appeal herein is hereby dismissed as per stipulation of the parties.

*Mr. Henry C. Stiff*, for Appellant.

*Messrs. Mulroney & Mulroney*, for Respondent.

---

No. 4,355.—STATE EX REL. MARY SATRANG, RELATRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition against the District Court in and for the County of Fergus, and Roy E. Ayers, a Judge thereof, to prohibit respondents from proceeding further in the cause entitled *Mary Satrang* v. *Helen L. Warr et al.*, pending in said District Court.

Decided January 24, 1919.

PER CURIAM.—The petition of relatrix herein for a writ of prohibition against the above-named respondents, presented to the court this day, is after due consideration denied.

*Mr. John A. Coleman*, for Relatrix.